1402

## MEDIATION MATTERS

**2013–1506.   Olentangy Local Schools Bd. of Edn. v. Delaware Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2010–L–2354. The court hereby returns this case to the regular docket under S.Ct.Prac.R. 19.01. Appellant shall file a brief within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 16.02 through 16.07. As provided in S.Ct.Prac.R. 16.07, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.